*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. OWENS, | No. C 08-4949 RMW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE |
| v. | |
| BEN CURRY, | |
| Respondent. | (Docket No. 8) |

Good cause appearing, respondent is hereby granted an extension of time, up to and including **April 30, 2009**, in which to file a dispositive motion or answer to the petition for habeas corpus. Petitioner shall file any opposition or traverse within 30 days of the filing date of respondent's response. If respondent files a dispositive motion, respondent shall file a reply to petitioner's opposition within 15 days from the date such opposition is filed.

This order terminates docket no. 8.

IT IS SO ORDERED.

Dated: 4/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Owens949.EOT.wpd