*E-FILED - 1/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. OWENS,<br><br>   Petitioner,<br><br> vs.<br><br>BEN CURRY, Warden,<br><br>   Respondent. | No. C 08-4949 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant petition for writ of habeas corpus as moot. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Owens949jud.wpd